# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barreca, Marc L. | United States Bankruptcy Court, Western District of WA | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street Room 7121
Seattle, WA 98010

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barreca, Marc L.** | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Federal (Account) | A | Interest | L | T | | | | | |
| 2. Seattle Credit Union fka Seattle Metro Credit Union | A | Interest | J | T | | | | | |
| 3. Sound Credit Union | A | Interest | J | T | | | | | |
| 4. Bank of America | A | Interest | L | T | | | | | |
| 5. I shares MSCI Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 6. Schwab Div Emerging Market Equity | A | Dividend | K | T | | | | | |
| 7. I Shares MSCI EAFE Index | A | Dividend | K | T | | | | | |
| 8. Schwab International Equity | A | Dividend | K | T | | | | | |
| 9. Ford Motor Company | A | Dividend | J | T | Sold (part) | 09/25/20 | J | A | |
| 10. Oracle Corporation | A | Dividend | J | T | Sold (part) | 09/25/20 | J | A | |
| 11. SSR Mining | A | Dividend | J | T | | | | | |
| 12. Toyota Motor Corp ADR | A | Dividend | J | T | | | | | |
| 13. Microsoft Corporation | A | Dividend | K | T | Sold (part) | 09/25/20 | J | A | |
| 14. Schwab US Aggregate Bond | B | Dividend | L | T | Sold (part) | 09/25/20 | J | A | |
| 15. SPDR S&P 500 | C | Dividend | K | T | | | | | |
| 16. Powershares QQQ | B | Dividend | M | T | Sold (part) | 09/25/20 | J | A | |
| 17. Schwab US Large Growth Fund | A | Dividend | K | T | Sold (part) | 09/25/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barreca, Marc L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IShares Select Dividend | A | Dividend | J | T | Sold<br>(part) | 09/25/20 | J | A | |
| 19. IShares S&P Mid Cap 400 Index | A | Dividend | J | T | Sold<br>(part) | 09/25/20 | J | A | |
| 20. Schwab US Mid Blend | A | Dividend | M | T | Sold<br>(part) | 09/25/20 | J | A | |
| 21. IShares S&P Mid Cap 400 Value Index | A | Dividend | J | T | Sold<br>(part) | 09/25/20 | J | A | |
| 22. Schwab US REIT Index | A | Dividend | K | T | Sold<br>(part) | 09/25/20 | J | A | |
| 23. Vanguard REIT Index | A | Dividend | K | T | Sold<br>(part) | 09/25/20 | J | A | |
| 24. IShares S&P Small Cap 600 Index | A | Dividend | K | T | Sold<br>(part) | 09/25/20 | J | A | |
| 25. Schwab US Small Blend Index | A | Dividend | M | T | Sold<br>(part) | 09/25/20 | J | A | |
| 26. IShares S&P Small Cap 600 Growth Index | A | Dividend | J | T | Sold<br>(part) | 09/25/20 | J | A | |
| 27. IShares S&P Small Cap 600 Value Index | A | Dividend | J | T | | | | | |
| 28. Amercican Funds Balanced Fund | A | Dividend | L | T | Distributed<br>(part) | 12/16/20 | J | A | |
| 29. American Funds Captial Income Builder Fund | B | Dividend | K | T | Distributed<br>(part) | 12/21/20 | J | A | |
| 30. American Funds Income Fund of America | B | Dividend | K | T | Distributed<br>(part) | 12/16/20 | J | A | |
| 31. Credit Suisse Commodity Ret Strategy Fund | A | Dividend | J | T | | | | | |
| 32. Lazard Developing Markets Equity Open Fund | A | Dividend | J | T | Distributed<br>(part) | 12/23/20 | J | A | |
| 33. Invesco Developing Markets Fund | A | Dividend | J | T | Distributed<br>(part) | 12/14/20 | J | A | |
| 34. PIMCO International Bond Fund | A | Dividend | K | T | Distributed<br>(part) | 12/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | American Funds EuroPacific Fund | A | Dividend | L | T | Distributed (part) | 12/18/20 | J | A | |
| 36. | Artisian International Fund | A | Dividend | K | T | Distributed (part) | 11/25/20 | J | B | |
| 37. | American Century GNMA Fund | C | Dividend | M | T | | | | | |
| 38. | Schwab S&P 500 Index Fund | C | Dividend | M | T | Distributed (part) | 12/21/20 | J | C | |
| 39. | Loomis Sayles Growth Fund | A | Dividend | M | T | Distributed (part) | 12/23/20 | J | C | |
| 40. | American Funds Washington Mutual Investors Fund | A | Dividend | K | T | Distributed (part) | 12/21/20 | J | A | |
| 41. | MFS Value Fund | A | Dividend | K | T | Distributed (part) | 12/18/20 | J | A | |
| 42. | JHancock 3 Disciplined Value Fund | A | Dividend | K | T | Distributed (part) | 12/21/20 | J | A | |
| 43. | Baird Mid Cap Investors Fund | A | Dividend | K | T | Distributed (part) | 12/21/20 | J | B | |
| 44. | Vanguard Intermediate Term Tax Exempt Bond Fund | B | Dividend | L | T | | | | | |
| 45. | Vanguard REIT Index Fund | B | Dividend | K | T | | | | | |
| 46. | Russell Global Real Estate Securities Fund | A | Dividend | J | T | | | | | |
| 47. | Lord Abbett Short Duration Income Fund | A | Dividend | K | T | | | | | |
| 48. | The Tocqueville Phoenix Fund | A | Dividend | L | T | Distributed (part) | 12/14/20 | J | B | |
| 49. | AAM Himco Short Duration Fund | A | Dividend | K | T | | | | | |
| 50. | Schwab Bank Sweep | A | Dividend | | | Sold | 09/24/20 | K | A | |
| 51. | Schwab Investor Money Market Fund SWRXX | A | Dividend | | | Sold | 09/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barreca, Marc L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Value Advantage Money Market Fund SWVXX | A | Dividend | | | Sold | 09/24/20 | M | A | |
| 53. Cash Deposit account at LPL Financial | A | Dividend | M | T | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barreca, Marc L.** | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I Shares Trust Dow Jones named changed to Ishares Select Dividend

Oppenhimer Develping Markets is now Invesco Developing Markets

Pimco Foreign Bond fund now Pimco International Bond

Our Independant Financial Advisor changed Broker Dealer from Kestra Financial to LPL Financial on July 20, 2020 and our accounts moved, in-kind, from Schwab to LPL Financial on or about September 24, 2020 with subsequent final transfer of cash from the sale of residual dividends on assorted dates thereafter with all transfers accomplished prior to December 31, 2020.

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marc L. Barreca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544